United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRACY KINDER, on behalf of himself and all other similarly situated,

    Plaintiff,

  v.

INTEL CORPORATION, a Delaware corporation,

    Defendant.
_____/

No. C 05-03273 MMC

**ORDER OF RECUSAL**

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

    **IT IS SO ORDERED.**

Dated: August 12, 2005

                             MAXINE M. CHESNEY
                             United States District Judge